■ MAZZOCCHI WRECKING INC., Respondent, v EAST 115TH STREET REALTY CORP., Appellant. [893 NYS2d 867]—Order, Supreme Court, New York County (Charles E. Ramos, J.), entered April 30, 2009, which granted plaintiff's motion for summary judgment, unanimously reversed, on the law, with costs, and the motion denied.

Plaintiff's motion, based solely on the claim for breach of contract, was unsupported by an affidavit of a person with personal knowledge. The movant thus failed to meet its prima facie burden of proof, rendering the motion insufficient and lacking in probative value (*Stainless, Inc. v Employers Fire Ins. Co.*, 69 AD2d 27, 31-32 [1979], *affd* 49 NY2d 924 [1980]). Concur—Andrias, J.P., Catterson, Renwick, DeGrasse and Manzanet-Daniels, JJ.

■ DULJO BOGDANOVIC et al., Respondents, v CITY OF NEW YORK, Defendant, and NEW YORK CITY TRANSIT AUTHORITY et al., Appellants. [893 NYS2d 867]—

Judgment, Supreme Court, New York County (Carol E. Huff, J.), entered November 10, 2008, which, to the extent appealed from, as limited by the briefs, awarded plaintiff $250,000 for future lost earnings, unanimously affirmed, without costs.

We see no reason to reduce the damages awarded to plaintiff for future earnings for a period of 20 years, where the medical evidence established that plaintiff would only be able to work part-time as a result of his injuries, and where the damages awarded by the jury were less than half the sum projected in uncontradicted testimony by plaintiff's economist (*cf. Flores v Parkchester Preserv. Co., L.P.*, 42 AD3d 318 [2007], *lv denied* 10 NY3d 714 [2008]). Concur—Andrias, J.P., Catterson, Renwick and Manzanet-Daniels, JJ.